State v. Thompson

STATE OF NORTH CAROLINA v. SHELIA THOMPSON

No. 7210SC482

(Filed 28 June 1972)

Criminal Law §§ 155.5, 166— failure to docket record and file brief in apt time

Appeal is subject to dismissal for failure to docket on time and for failure to file a brief when due.

APPEAL by defendant from *Godwin, Judge,* 10 January 1972 Special Session of WAKE Superior Court.

Defendant appeals from judgment entered subsequent to a verdict of guilty as charged on a warrant alleging unlawful resisting, delaying and obstructing a police officer in attempting to discharge a duty of his office.

*Attorney General Robert Morgan by Edwin M. Speas, Jr., Associate Attorney, for the State.*

*Paul, Keenan & Rowan by Jerry Paul, for defendant appellant.*

VAUGHN, Judge.

Defendant was represented at trial and on appeal by privately employed counsel. The appeal is subject to dismissal for failure to docket on time, and for failure to file brief when due. We have, however, considered the appeal on its merits and find no error.

No error.

Judges MORRIS and GRAHAM concur.